**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-50538 |
| Plaintiff - Appellee, | D.C. No. CR-07-02561-TJW |
| v. | |
| JUVENILE MALE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Thomas J. Whelan, District Judge, Presiding

Submitted September 13, 2010[**]

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

   Oscar F., a juvenile male, appeals from an adjudication of juvenile

delinquency, in violation of 18 U.S.C. § 5032, after a finding of guilt by the district

court for multiple violations of 8 U.S.C. § 1324.  We have jurisdiction under 28

_____

   [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

   [**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1291.  We may affirm on any ground supported by the record, *Dittman v. California*, 191 F.3d 1020, 1027 n.3 (9th Cir. 1999), and we affirm.

Oscar F. contends the district court lacked jurisdiction over him because the 18 U.S.C. § 5032 certification was inaccurate.  The parties do not dispute that the state authorities did not prosecute Oscar F. for the instant offenses.  A de novo review of the record reveals that the United States Attorney accurately certified that "the State of California does not have jurisdiction" over Oscar F.  *See United States v. Juvenile Male*, 595 F.3d 885, 891-95 (9th Cir. 2010) (concluding that when the appropriate state prosecutor decides not to prosecute a particular juvenile for the specific crime at issue, the state court never obtains jurisdiction over the juvenile); *United States v. Male Juvenile*, 280 F.3d 1008, 1014 (9th Cir. 2002) (stating standard of review).  Accordingly, the district court properly exercised jurisdiction over Oscar F.

**AFFIRMED.**

07-50538